PRUDENTIAL VAUDEVILLE EXCHANGE, Respondent, *v.*
WILLIAM S. CLEVELAND, Appellant.

*Prudential Vaudeville Exchange* v. *Cleveland,* 154 App. Div. 933,
appeal dismissed.
(Submitted February 24, 1913; decided March 4, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1913, which affirmed an order of Special Term adjudging the defendant in contempt for violation of an injunction *pendente lite.*

The motion was made upon the ground that the order was not appealable as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Charles L. Hoffman* for motion.

*William F. Ashley, Jr.,* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.